IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KATELYN HANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No.: 4:20-CV-00950 |
| EAGLE-SPRING CREEK, L.P., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, KATELYN HANKS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, EAGLE-SPRING CREEK, L.P. and this entire action, with Prejudice.

Respectfully submitted this 15th day of January, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ _Douglas S. Schapiro_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system or email on January 15, 2021 upon all counsel or parties.

          /s/  Douglas S. Schapiro
          Douglas S. Schapiro, Esq.
          State Bar No. 54538FL